1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   J & J SPORTS PRODUCTIONS, INC.,

11          Plaintiff,              No. 2:10-cv-01043 FCD KJN

12      v.

13   ELSA MARINA TORRES,
     INDIVIDUALLY
14   and d/b/a CLUB MACCAO,
                                    ORDER and FINDINGS AND
15          Defendants.             RECOMMENDATIONS

16   _____/

17          Presently before the court is plaintiff's application for default judgment, which is

18   scheduled to be heard on the undersigned's law and motion calendar on November 4, 2010.[1]

19   (Dkt. No. 8.)  However, on November 3, 2010, the parties, through their respective counsel, filed

20   a stipulation and proposed order seeking to set aside the entry of default that was entered against

21   defendant on September 7, 2010.[2]  (Dkt. No. 13.)  If approved, the parties' stipulation would

22   permit defendant to file an answer to plaintiff's complaint or enter into a stipulated judgment

23
         [1]  This action proceeds before the undersigned pursuant to Eastern District of California
24   Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

25       [2]  Plaintiff is represented by counsel, Thomas P. Riley, Jr. of the Law Offices of Thomas
     P. Riley, P.C.  The stipulation and proposed counsel was filed and countersigned by defendant's
26   counsel, Ashwani Bhakhri of the Law Offices of Ashwani K. Bhakhri.

1

1  with plaintiff.

2        In light of the recently filed stipulation and proposed order, IT IS HEREBY

3  ORDERED that the hearing on plaintiff's application for default judgment (Dkt. No. 8), currently

4  set for November 4, 2010, is vacated.

5        IT IS FURTHER RECOMMENDED that:

6        1.    The parties' stipulation be approved and that the clerk's entry of default

7  entered against defendant on September 7, 2010 (Dkt. No. 7), be set aside.

8        2.    Plaintiff's application for default judgment (Dkt. No. 8) be denied as

9  moot.

10        3.    Defendant be permitted to file an answer to plaintiff's complaint or enter a

11  stipulated judgment with plaintiff within a time period to be determined by the United States

12  District Judge assigned to this matter.

13        These findings and recommendations are submitted to the United States District

14  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

15  days after being served with these findings and recommendations, any party may file written

16  objections with the court and serve a copy on all parties.  Id.; see also E. Dist. Local Rule 304(b).

17  Such a document should be captioned "Objections to Magistrate Judge's Findings and

18  Recommendations."  Any response to the objections shall be filed with the court and served on

19  all parties within fourteen days after service of the objections.  E. Dist. Local Rule 304(d).

20  Failure to file objections within the specified time may waive the right to appeal the District

21  Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d

22  1153, 1156-57 (9th Cir. 1991).

23  DATED:  November 3, 2010

24

25                                KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

26