UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

J & J SPORTS PRODUCTIONS, INC.,

     Plaintiff,

v.

ELSA MARINA TORRES, et al.

     Defendants.

_____/

NO. 2:10-cv-01043-KJM-KJN

ORDER

    UPON STIPULATION OF THE PARTIES TO THE ABOVE-ENTITLED ACTION,

    IT IS HEREBY ORDERED that Defendant, Elsa Marina Torres be permitted to file a First Amended Answer to Plaintiff's

1 Complaint, which pleading is attached to the stipulation of
2 the parties; and the motion of Plaintiff to strike
3 Defendant's affirmative defenses, set for hearing on March 2,
4 2011, at 10:00 a.m., shall go off calendar.[1]
5 Dated: February 24, 2011.

                                               UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Defendant failed to file and serve an opposition or statement of non-opposition at least fourteen days preceding the hearing date as required by Local Rule 230(c), and that the present stipulation was filed after this deadline had passed. For future reference, counsel for both parties should be aware of Local Rule 110, which authorizes the imposition of sanctions against counsel or a party for failure to comply with the Local Rules.